713     In re First Commodity Corp. of B oston Customer Accounts Lit.


86/10/15   1   MOTION, BRIEF, EXHIBITS A-E, CERT. OF SERVICE -- Alice L.
               Riley, plaintiff -- SUGGESTED TRANSFEREE DISTRICT: SINGLE
               DISTRICT -- SUGGESTED JUDGE. (tmq)


86/10/28   2   REQUEST FOR EXTENSION OF TIME -- First Commodity, et al.  --
               Granted to and including November 14, 1986 for response.
               (tmq)

86/10/30   3   REQUEST FOR EXTENSTION OF TIME -- ~~First Commodity, et al.~~ *Pltf. Steven Hoogheem* --
               Granted to and including November 14, 1986 for response.
               (tmq)


86/10/31   4   Request for Expedited Hearing -- Movant -- w/cert. of svc.
               (tmq)
86/10/31   5   AMENDMENT TO MOTION -- Plaintiff Riley -- To add (A-3) Edward
               M. McCreery v. First Commodity Corp. of Boston, et al. for
               consideration re pldg. #1 -- w/schedule and cert. of svc.
               (tmq)
86/11/06   6   LETTER -- signed by Judge Milton I. Shadur -- served on
               involved counsel  (cds)

86/11/14   7   RESPONSE (to pldg. #1), BRIEF, EXHIBITS A through J -- defts.
               First Commodity Corp. of Boston, Donald R. Schleicher,
               Richard A. Schleicher, David C. Connolly, David J. Aucella,
               Hendrik Mass, Stephen E. Meresman and James M. Bruchs --
               w/cert. of service  (cds)
86/11/17   8   RESPONSE (to pldg. #1) -- pltf. Stephen R. Hoogheem --
               w/Exhibits and cert. of service  (cds)
86/11/17   9   INTERESTED PARTY RESPONSE (to pldg. #1), EXHIBITS -- pltf. in
               Elizabeth Julkowski v. First Commodity Corp. of Boston, N.D.
               Ill., C.A. No. 84-C-10604 -- w/cert. of service  (cds)

86/11/20   10  LETTER -- signed by W. Scott Porterfield, counsel for all
               defendants -- w/service (cds)
86/11/20   11  LETTER -- signed by Judge Milton I. Shadur -- w/service (cds)
86/11/24   12  RESPONSE (to pldg. #9) -- deft. First Commodity Corp. of
               Boston and Jan Biesiadecki -- w/Attachments and cert. of
               service  (cds)
86/11/25   13  REPLY, EXHIBITS A-C -- pltf. Alice L. Riley -- w/cert. of
               service  (cds)
86/11/25   14  AMENDMENT TO MOTION (pldg. #1) -- pltf. Alice L. Riley --
               deleting A-3 (McCreery) and adding A-4 Elizabeth Julkowksi,
               etc. v. First Commodity Corp. of Boston, et al., N.D. Ill.,
               #84-C-10604; and A-5 Elizabeth Kay, etc. v. First Commodity
               Corp. of Boston, et al., N.D. Cal., #C-85-1395 -- w/cert. of
               service  (cds)

JPML FORM 1A

p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 713 -- In re First Commodity Corp of Boston Customer Accounts Lit.

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/12/17 | | APPEARANCE:  SELWYN ZUN, ESQ. for Elizabeth Julkowski  (cds) |
| 86/12/19 | | HEARING ORDER -- setting motion to transfer for Panel hearing on January 29, 1987 in Tampa, Florida  (cds) |
| 86/12/30 | 15 | RESPONSE -- (to pldg. #14) Elizabeth Kay -- w/cert. of svc.  (rh) |
| 87/01/14 | 16 | REPLY (to pldg. #15) -- Plaintiffs, Alice L. Riley, et al. -- W/Exhibits A-C and Cert of Svc.  (paa) |
| 87/01/14 | 17 | SUPPLEMENTAL MEMORANDUM -- Plaintifif Stephen R. Hoogheem -- W/Certificate of Service.  (paa) |
| 87/01/23 | 18 | MOTION FOR LEAVE TO FILE MOTION -- Robert S. MacArthur, etc. -- w/cert. of svc. (rh) |
| 87/01/23 | 19 | MOTION, BRIEF, SCHEDULE -- pltf. Robert S. MacArthur, etc. -- SUGGESTED TRANSFEREE DISTRICT: D. MASSACHUSETTS SUGGESTED TRANSFEREE JUDGE:? -- W/request for oral argument and cert. of svc. (rh) |
| 87/01/23 | | APPEARANCE -- MICHAEL A. COLLORA, ESQ. for Robert S. MacArthur, etc. (rh) |
| 87/01/23 | 20 | SUPPLEMENTAL RESPONSE -- Defts. First Commodity Corp. of Boston, Donald R. Schleicher, Richard A. Schleicher, David C. Connolly, David J. Aucella, Hendrik Maas, Stephen E. Meresman and James M. Bruchs -- w/cert. of svc. (rh) |
| 87/01/28 | | HEARING APPEARANCES:  (hearing of 1/29/87) ELIZABETH J. CABRASER, ESQ. for Alice L. Riley, et al.; MICHAEL J. FREED, ESQ. for Stephen R. Hoogheem; SELWYN ZUN, ESQ. for Elizabeth Julkowski; W. SCOTT PORTERFIELD, ESQ. fro First Commodity Corp. of Boston, Donald R. Schleicher, Richard A. Schleicher, David C. Connolly, David J. Aucella, Hendrick Maas, Stephen E. Meresman and James M. Bruchs; MICHAEL A. COLLORA, ESQ. for Robert S. MacArthur (rh) |
| 87/01/28 | | WAIVER OF ORAL ARGUMENT:  (hearing of 1/29/87) Elizabeth Kay (rh) |
| 87/02/02 | 21 | JOINDER IN MOTION (re Pldg. #19 and adding B-7) -- pltf. Cornelius B. Collins -- w/Exhibits, Schedule and cert. of service  (cds) |

JPML FORM 1A

*p. 3*

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 713 -- In re First Commodity Corp. of Boston Customer Accounts Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/02/13 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to D. Massachusetts to the Hon. Mark L. Wolf (rh) |
| 87/02/13 | | TRANSFER ORDER -- Transferring A-1, A-2, and A-4 to the D. Massachusetts (A-5 Elizabeth Kay, etc., action was DENIED transfer to the D. Massachusetts) -- Notified involved judges, clerks, counsel and misc. recipients, (rh) |
| 87/02/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (15) B-8 thru B-22 Robert L. Clements v. First Commodity Corp., of Boston, et al., N.D. Cal., C.A. No. C-86-6557-TEH, Karin S. Adams, et al. v. First Commodity Corp., of Boston, et al., D. Colorado, C.A. No. 85-M-2190; Richard Grady, et al. v. First Commodity Corp., of Boston, et al., D. Conn., C.A. No. H-86-1028; Joseph C. Nolan, et al. v. First Commodity Corp., of Boston, et al., S.D. GA., C.A. No. CV5-86-042; Adelaide L. Kaplita v. First Commodity Corp., of Boston, et al., E.D. Mich., C.A. No. 85-CV7-4354-DT; Wayne Brown, et al. v. First Commodity Corp., of Boston, et al., W.D. Mich., C.A. No. G-86-827-CA1; Patricia L. Keleti v. First Commodity Corp., of Boston, et al., W.D. Mo., C.A. No. 86-0520-CV-W-8; Martin Rossi, Jr., v. First Commodity Corp., of Boston, et al., E.D. N.Y., C.A. No. CV-86-4280; Jane Stewart v. First Commodity Corp., of Boston, et al., S.D. Ohio, C.A. No. C-1-86-1161; Gene C. Harrison v. First Commodity Corp., of Boston, et al., N.D. Ohio, C.A. No. C-86-5106A; Mary J. Duda v. First Commodity Corp., of Boston, et al., N.D. Ohio, C.A. No. C-86-4318A; Billy G. Monks v. First Commodity Corp., of Boston, et al., E.D. Okla., C.A. No. 86-481-C; James R. Davidson, et al. v. First Commodity Corp., of Boston, et al., W.D.Okla., C.A. No. CIV-86-2736-W; Bauer Investments v. First Commodity Corp., of Boston, et al., E.D. Wis., C.A. No. 86-C-1240; Joseph Jane v. First Commodity Corp., of Boston, et al., D. N.J., c.a. No. 86-4206 -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa) |
| 87/03/04 | | CONDITINAL TRANSFER ORDER FILED TODAY -- B-23A Barbara Parker v. First Commodity Corp. of Boston, et al. D. Kansas, C.A. No. 86-2547 -- Notified involved counsel and judges. (tmq) |
| 87/03/09 | 22 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- (B-13) Wayne Brown, et al. v. First Commodity Corp. of Boston, et al., W.D. Mich., # G-86-827-CA1 -- w/cert. of service -- Notified involved judges and counsel (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 713 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/03/10 | 23 | NOTICE OF OPPOSITION TO CONDTIONAL TRANSFER ORDER -- B-11 Joseph C. Nolan, et al. v. First Commodity Corp. of Boston, et al., S.D. Ga., #CV5-86-042 -- w/service (cds) |
| 87/03/10 | 24 | NOTICE OF OPPOSITION TO CONDTIONAL TRANSFER ORDER -- B-12 Adelaide L. Kaplita v. Thomas J. McCarthy, et al., E.D. Mich., #85-CV7-4354-DT -- w/service (cds) |
| 87/03/10 | 25 | NOTICE OF OPPOSITION TO CONDTIONAL TRANSFER ORDER -- B-15 Martin Rossi, Jr. v. First Commodity Corp. of Boston, et al., E.D. N.Y., #CV-86-4280 -- w/service (cds) |
| 87/03/10 | 26 | NOTICE OF OPPOSITION TO CONDTIONAL TRANSFER ORDER -- B-19 Billy G. Monks v. First Commodity Corp. of Boston, et al., E.D. Okla., #86-481-C -- w/service (cds) |
| 87/03/10 | 27 | NOTICE OF OPPOSITION TO CONDTIONAL TRANSFER ORDER -- B-21 Bauer Investments v. First Commodity Corp. of Boston, et al., E.D. Wisc., #86-C-1240 -- w/service (cds) |
| 87/03/11 | 28 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltf. in B-16 Jane Stewart v. First Commodity Corp. of Boston, et al., S.D. Ohio, #C-1-86-1161 (cds) |
| 87/03/11 | 29 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltf. in B-9 Karin S. Adams, et al. v. First Commodity Corp. of Boston, et al., D. Colo., #85-M-2190 -- w/service (cds) |
| 87/03/12 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (7 actions) -- B-8 Clements, B-10 Grady, B-14 Keleti, B-17 Harrison, B-18 Duda, B-20 Davidson, and B-22 Jane -- Notified involved judges and clerks (cds) |
| 87/03/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-27 Eugene Holland v. First Commodity Corporation of Boston, et al., D. Maryland, C.A. No. JFM-87-122; B-28 James M. Valenti, et al. v. First Commodity Corporation of Boston, et al., W.D. Pennsylvania, C.A. No. 87-0480; B-29 Arthur H. Peterson, Jr., et al. v. First Commodity Corporation of Boston, et al., E.D. Pennsylvania, C.A. No. 87-0975 -- Notified involved counsel and judges. (tmq) |
| 87/03/20 | 30 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (B-23A) Barbara Parker v. First Commodity Corp. of Boston, et al., D. Kansas, #86-2547 -- pltf. Barbara Parker (cds) |

*pltf. in* (×7 handwritten annotations)

FORM

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

713 --- In re First Commodity Corp. of Boston Customer Accounts Litigation

| | | |
|---|---|---|
| 87/03/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-30 Lyda Jeurink v. First Commodity Corp. of Boston, et al., D. Minnesota, C.A. No. CV-3-87-0114 and B-31 David C. Sundblad, et al. v. First Commodity Corp. of Boston, et al., D. Wyoming, C.A. No. C-87-0056-K -- Notified involved counsel and judges (rh) |
| 87/03/24 | 31 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (to pldg. #22) Filed by plft. Wayne Brown, et al. -- B-13 Wayne Brown, et al. v. First Commodity Corp. of Boston, et al., W.D. Michigan, C.A. No. G-86-827 CA1 (rh) |
| 87/03/25 | 32 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER --- pltfs. in B-9 Karin S. Adams, et al. v. First Commodity, et al., D. Colorado, C.A. No. 85-M-2190 -- w/Exhibit and cert. of service (cds) |
| 87/03/26 | 33 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- pltfs in (B-21) Bauer Investments v. First Commodity Corp., et al. E.D. Wisc., #86-C-1240 -- w/cert. of service (cds) |
| 87/03/26 | 34 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (B-19) Billy G. Monks v. First Commodity Corp., et al., E.D. Okla., #86-381-C -- w/cert. of service (cds) |
| 87/03/26 | 35 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION AND BRIEF IN OPPOSITION TO TRANSFER OF (B-15) ROSSI -- Granted to Rossi to and including April 7, 1987 (cds) |
| 87/03/30 | 36 | MOTION TO WITHDRAW NOTICE OF OPPOSITION -- pltfs. in B-11 Joseph C. Nolan, et al. v. First Commodity Corp. of Boston, et al., S.D. Ga., #CV5-86-042 -- w/cert. of service (cds) |
| 87/04/02 | 37 | MOTION/BRIEF TO VACATE CONDITIONAL TRANASFER ORDER -- (to pldg. #24) filed by pltf. in B-12 Adelaide L. Kaplita v. Thomas J. McCarthy, et al., E.D. Michigan, C.A. No. 85-CV-74354-DT -- w/cert. of svc. (rh) |
| 87/04/07 | 38 | REQUEST FOR EXTENSION OF TIME -- Filed by First Commodity Corp. of Boston -- GRANTED to and INCLUDING APRIL 13, 1987 (rh) |
| 87/04/07 | 39 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (to pldg. #25) filed by pltf. in B-15 Martin Rossi, Jr. v. First Commodity Corp. of Boston, et al., E.D. New York, C.A. No. CV-86-4280 -- w/cert. of svc. (rh) |

JPML FORM 1A

p. 6

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _713_ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/07 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-27 Eugene Holland, et al. v. First Commodity Corp. of Boston, et al., D. Maryland, C.A. No. JFM-87-122, B-28 James M. Valenti, et al. v. First Commodity Corp. of Boston, et al., W.D. Pennsylvania, C.A. No. 87-0480 and B-29 Arthur H. Peterson, Jr., et al. v. First Commodity Corp. of Boston, et al., E.D. Pennsylvania, C.A. No. 87-0975 -- Notified involved judges and clerks (rh) |
| 87/04/08 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-11 Joseph C. Nolan, et al. v. First Commodity Corporation of Boston, et al. S.D. Georgia, C.A. No. CV5-86-042 -- Notified involved counsel, judges and clerk. (tmq) |
| 87/04/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-31 David C. Sundblad, et al. v. First Commodity Corp. of Boston, et al., D. Wyoming, C.A. No. C-87-0056-K -- Notified involved judges and clerk (rh) |
| 87/04/09 | 40 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- FILED BY DEFT. FRANK GALE -- B-30 Lyda Jeurink v. First Commodity Corp. of Boston, et al., D. Minnesota, C.A. No. CV-3-87-0114 (rh) |
| 87/04/13 | 41 | RESPONSE -- (To Motions To Vacate Conditional Transfer Orders) Filed by pltfs. Alice L. Riley, Cornelius S. Collins, etc., Stephen R. Hoogheem, Elizabeth Julkowski, ~~Alice L. Riley, et al.~~, Patricia L. Keleti, James R. Davidson and Matin Chapman -- w/cert. of svc. (rh) |
| 87/04/14 | 42 | MOTION/BRIEF TO WITHDRAW MOTION TO VACATE CONDITIONAL TRANSFER ORDER (pldg. #34) -- Filed by Billy G. Monks -- B-19 Billy G. Monks v. First Commodity Corp. of Boston, et al., E.D. Oklahoma, C.A. No. 86-481-C -- w/cert. of svc. (rh) |
| 87/04/14 | 43 | RESPONSE -- First Commodity Corp. of Boston -- w/cert. of svc. (rh) |
| 87/04/15 | 44 | *See page 7* ORDER (filed in S.D. Ohio) dismissing (B-6) Jane Stewart v. First Commodity Corp. of Boston, et al.; S.D. Ohio, C.A. No. C-1-86-1161 (cds) |
| 87/04/15 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (B-6) Jane Stewart v. First Commodity Corp. of Boston, et al.; S.D. Ohio, C.A. No. C-1-86-1161 -- NOTIFIED INVOLVED COUNSEL, CLERK AND JUDGES (cds) |

JPML FORM 1A

7

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 713 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/15 | 44 | ORDER (filed in S.D. Ohio) dismissing (B-6) Jane Stewart v. First Commodity Corp. of Boston, et al.; S.D. Ohio, C.A. No. C-1-86-1161 (cds) |
| 87/04/15 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (B-6) Jane Stewart v. First Commodity Corp. of Boston, et al.; S.D. Ohio, C.A. No. C-1-86-1161 -- NOTIFIED INVOLVED COUNSEL, CLERK AND JUDGES (cds) |
| 87/04/15 | | ORDER LIFING STAY OF CONDITIONAL TRANSFER ORDER -- (B-23A) Barbara Parker v. First Commodity Corp. of Boston, et al., D. Kansas, #86-2547 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 87/04/15 | | ORDER LIFING STAY OF CONDITIONAL TRANSFER ORDER -- (B-19) Billy G. Monks v. First Commodity Corp. of Boston, et al., E.D. Okla., #86-481-C -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 87/04/20 | | HEARING ORDER -- Setting oppositions of plaintiffs to transfer B-9 Karin S. Adams, B-11 Adelaide L. Kaplita, B-13 Wayne Brown, B-15 Martin Rossi, Jr., B-21 Bauer Investments and Lyda Jeurink -- Washington, D.C. on May 21, 1987 -- Notified involved judges, clerks and counsel. (tmq) |
| 87/04/24 | 45 | RESPONSE -- (to pldg. #39) Filed by Stephen R. Hoogheem, Elizabeth Julkowski, etc., Alice L. Riley, et al., Martin Chapman, etc., Cornelius B. Collins, etc., Patricia L. Keleti and James R. Davidson, et al. -- w/cert. of svc. (rh) |
| 87/04/29 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING MAY 21, 1987 HEARING -- (B-30) Lyda Jeurink v. First Commodity Corp. of Boston, et al., D. Minnesota, #CV-3-87-0114 -- Notified involved judges, clerks and counsel (cds) |
| 87/04/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-36 Eugene Holland v. First Commodity Corporation of Boston, et al., D. Maryland, C.A. No. 87-122 JFM -- Notified involved counsel and judges. (tmq) |

713

| | | |
|---|---|---|
| 87/05/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-36 Eugene Holland v. First Commodity Corporation of Boston, et al., D. Maryland, C.A. No. 87-122 JFM -- NOTIFIED INVOLVED CLERKS & JUDGES  (paa) |
| 87/05/21 | | HEARING APPEARANCES:  (hearing of 5/21/87) J. NICHOLAS McKEEVER, JR., ESQ. for Karin S. Adams, et al. AND H. ROLLIN ALLEN, ESQ. for Bauer Investments and Adelaide Kaplita (rh) |
| 87/05/21 | | WAIVERS OF ORAL ARGUMENT:  (hearing of 5/21/87) Wayne Brown, et al. AND First Commodity Corp. of Boston (rh) |
| 87/06/16 | | TRANSFER ORDER -- Transferring B-12, B-13, B-15 & B-21 to the District of Massachusetts -- B-12 Adelaide L. Kaplita v. Thomas J. McCarthy, et al., E.D. Michigan, C.A. No. 85-CV7-4354-DT, B-13 Wayne Brown, et al. v. First Commodity Corporation of Boston, et al., W.D. Michigan, C.A. No. G-86-827 CA1, B-15 Martin Rossi, Jr. v. First Commodity Corporation of Boston, et al., E.D. New York, C.A. No. CV-86-4280, B-21 Bauer Investments v. First Commodity Corporation of Boston, et al., E.D. Wisconsin, C.A. No 86-C-1240 -- NOTIFIED INVOLVED JUDGES, CLERKS & COUNSEL -- (paa)(B-9 Karin S. Adams, C.A. No. 85-M-2190 DENIED) |
| 87/06/24 | 46 | RESPONSE(to pldg. #32) -- Pltf. Karin S. Adams, et al. -- w/cert. of svc. (tmq) |
| 87/07/02 | 47 | SUPPLEMENTAL RESPONSE (to pldg. #46) -- deft. First Commodity Corp. of Boston -- w/cert. of service  (cds) |
| 88/02/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-36 Bumshik Hong v. First Commodity Corporation of Boston, Inc., et al., D. Kansas, C.A. No. 87-4100-R -- Notified involved counsel and judges (rh) |
| 88/02/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-36 Bumshik Hong v. First Commodity Corporation of Boston, Inc., et al., D. Kansas, C.A. No. 87-4100-R -- Notified involved judges and clerks (rh) |

JPML FORM 1A                                             p. 9

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 713 -- In re First Commodity Corporation of Boston Customer Accounts
                  Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/02/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-37 Kay Sase, et al. v. First Commodity Corporation of Boston, et al., D. Utah, C.A. No. 87C-0142W -- Notified involved cousel and judges (rh) |
| 88/03/11 | 48 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-37 Kay Sase, et al. v. First Commodity Corporation of Boston, et al., D. Utah, C.A. No. 87C-0142W -- Notified invovled counsel and judges (rh) |
| 88/03/28 | 49 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- pltf. in B-37 Kay Sase, et al. v. First Commodity Corporation of Boston, et al., D. Utah, C.A. No. 87C-0142W -- w/Brief and cert. of service  (cds) |
| 88/04/04 | 50 | AFFIDAVIT OF HARUYO SASE -- Filed by Kay Sase, et al. (omitted from pldg. #49) (rh) |
| 88/04/14 | | HEARING ORDER -  Setting opposition to transfer of B-37 for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |
| 88/04/26 | 51 | RESPONSE  -- (to pldg. #49) deft. Robert E. White -- w/cert. of svc. (rh) |
| 88/05/09 | 52 | LETTER -- signed by Elizabeth Cabraser, counsel for Plaintiffs' Litigation Committee  (cds) w/cert of svc. |
| 88/05/18 | | HEARING APPEARANCE:  (hearing of 5/19/88) ELIZABETH JOAN CABRASER, ESQ. for MDL-713 Plaintiff's Litigation Committee (ds) |
| 88/05/18 | | WAIVERS OF ORAL ARGUMENT -- (hearing of 5/19/88) -- Kay Sase, et al. and First Commodity Corporation of Boston  (ds) |
| 88/05/25 | | TRANSFER ORDER -- transferring B-37 Kay Sase, et al. v. First Commodity Corporation of Boston, et al., D. Utah, C.A. No. 87C-0142W to the District of Massachusetts for coordinated or consolidated pretrial proceedings -- Notified involved clerks, judges and counsel  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 713 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:   IN RE FIRST COMMODITY CORPORATION OF BOSTON CUSTOMER ACCOUNTS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates January 29, 1987 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 13, 1987 | TO | unpublished | D. Massachusetts /0/ | Hon. Mark L. Wolf | |

Sheila McKenna (Courtroom Deputy)
617-223-9159          **Special Transferee Information**

Dorothy Norton (Docket Clerk)
617-223-9155                                          DATE CLOSED:  10/12/78

JPML FORM 1

# LISTING OF INVOLVED ACTIONS

DOCKET NO. 713 -- In re First Commodity Corp. of Boston Customer Accounts Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Alice L. Riley, et al. v. First Commodity Corp. of Boston, et al. | Cal.,N. Conti | C-86-5469 | 2-13-87 | 87-443 | 7/15/88D | |
| A-2 | Stephen R. Hoogheem v. First Commodity Corp. of Boston, et al. | Ill.,N. Hart Shadur | 86-C-6433 | 2-13-87 | 87-444 | 7/15/88D | |
| A-3 | Edward M. McCreery v. First Commodity Corporation of Boston, et al. Eastern Capital Corp., et al. *DO NOT COUNT* | Pa.W. | 86-2052 | | | | |
| A-4 | Elizabeth Julkowski, etc. v. First Commodity Corp., et al. | Ill.,N. Getsendaner or Duff | 84-C-10604 | 2-13-87 | 87-445 | 7/15/88D | |
| A-5 | Elizabeth Kay, etc. v. First Commodity Corp., et al. *DO NOT COUNT* | Cal.,N. Vukasin | C-85-1395 | | | | Transfer was Denied |
| B-6 | Robert S. MacArthur, etc. v. First Commodity Corporation of Boston, et al. | D.Mass. Wolf | 87-0158-WF | | | closed | |
| B-7 | Cornelius B. Collins, etc. v. First Commodity Corp. of Boston, et al. | D.Mass. Wolf | 87-0206-WF | | | closed | |

DOCKET NO. 713 -- IN RE FIRST COMMODITY CORP. OF BOSTON CUSTOMER ACCOUNTS LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-8 | Robert L. Clements v. First Commodity Corporation of Boston, et al. *2-24-87* | Cal., N. Henderson | C-86-6557-TFH | 3/12/87 | 87-790 | 10/12/88 D | |
| B-9 (1) | Karin S. Adams, et al. v. First Commodity Corporation of Boston, et al. *2-24-87* Opposed 3/11/87 | Colo. Matsch | 85-M-2190 | *Fee Waiver* 6/2/88 | | | |
| B-10 | Richard Grady, et al. v. First Commodity Corporation of Boston, et al *2-24-87* | Conn. Nevas | H-86-1028 | 3/12/87 | 87-791 | 10/12/88 D | 1404 to Mass 6/2/87 C TO vacating |
| B-11 (1) | Joseph C. Nolan, et al. v. First Commodity Corporation of Boston, et al. *2-24-87* Opposed 3/10/87 | D Mass Gary L Edenfield 87-0737 | CV5-86-642 | | | 10/12/88 D | |
| B-12 (1) | Adelaide L. Kaplita v. First Commodity Corporation of Boston, et al. *2-24-87* Opposed 3/10/87 | Mich., E. Freeman | 85-CV7-4354-DT | 6-16-87 | 87-1621 | 10/12/88 D | |
| B-13 (1) | Wayne Brown, et al. v. First Commodity Corporation of Boston, et al., *2-24-87* Opposed 3/9/87 | Mich., W. Miles | G-86-827 CA1 | 6-16-87 | 87-1622 | 10/12/88 D | |
| B-14 | Patricia L. Keleti v. First Commodity Corporation of Boston, et al., *2-24-87* | Mo., W. Stevens | 86-0520-CV-W-8 | 3/12/87 | 87-792 | 10/12/88 D | |
| B-15 | Martin Rossi, Jr., v. First Commodity Corporation of Boston, et al., *2-24-87* Opposed 3/10/87 | N.Y., E. Wexler | CV-86-4280 | 6-16-87 | 87-1623 | 10/12/88 D | |
| ✓ B-16 | Jane Stewart v. First Commodity Corporation of Boston, et al. *2-24-87* Opposed 3/11/87 | Ohio, S. Weber | C-1-86-1161 | | Vacated 4/15/87 closed | | |
| B-17 | Gene C. Harrison v. First Commodity Corporation of Boston, et al., *2-24-87* | Ohio, N. Bell | C-86-5106A | 3/12/87 | | closed | |
| B-18 | Mary J. Duda v. First Commodity Corporation of Boston, et al. | Ohio, N. Bell | C-86-4318A | 3/12/87 | 87-780 | closed | |
| ✓ B-19 | Billy G. Monks v. First Commodity Corporation of Boston, et al. *2-24-87* | Okla., E. Seay | 86-481-C | 4/15/87 | 87-1000 | 10/12/88 D | |
| B-20 | James R. Davidson, et al. v. First Commodity Corporation of Boston, et al. *2-24-87* | Okla., W. West | CIV-86-2736-W | 3/12/87 | 87-793 | 10/12/88 D | |
| B-21 | Bauer Investments v. First Commodity Corporation of Boston, et al. *2-24-87* Opposed 3/10/87 | Wis., E. Curran | 86-C-1240 | 6-16-87 | 87-1624 | 10/12/88 D | |
| B-22 | Joseph Jane v. First Commodity Corporation of Boston, et al., *2-24-87* | N.J. Bissell | 86-4206 | 3/12/87 | 87-721 | closed | |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 3

DOCKET NO. 713 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-23 | Timothy Ide v. First Commodity Corp. of Boston | D. Mass. | 86-1487-WF | | | closed | |
| XYZ-24 | Mark M. Schulz v. First Commodity Corp. of Boston | D. Mass. | 86-2823-WF | | | closed | |
| XYZ-25 | David Winske v. First Commodity Corp. of Boston | D. Mass. | 86-3556-WF | | | closed | |
| XYZ-26 | Elizabeth J. Ziegler v. First Commodity Corp. of Boston, et al. | D. Mass. | 87-91-WF | | | 10/12/88D | |
| ✓B-23A | Barbara Parker v. First Commodity Corp. of Boston, et al. 3/4/87 Opposed 3/20/87 | D. Kan. O'Connor | 86-2547 | 4/15/87 | 87-1001 | 10/12/88D | |
| B-27 | Eugene Holland v. First Commodity Corporation of Boston, et al. 3/20/87 | D. Md. Motz | JFM-87-122 | 4-7-87 | 87-926 | 10/14/88D | |
| B-28 | James M. Valenti, et al. v. First Commodity Corporation of Boston, et al. 3/20/87 | W.D.Pa. Mencer | 87-0480 | 4-7-87 | 87-927 | 10/12/88D | |
| B-29 | Arthur H. Peterson, Jr., et al. v. First Commodity Corporation of Boston, et al. 3/20/87 | E.D. Pa. Shapiro | 87-0975 | 4-7-87 | 87-928 | 10/12/88D | |
| B-30 16 | Lyda Jeurink v. First Commodity Corporation of Boston, et al. 3-24-87 Opposed 4-9-87 | D.Minn. Magnuson | CV-3-87-0114 | 4/20/87 | 87-1134 | 10/12/88D | |
| B-31 | David C. Sundblad, et al. v. First Commodity Corporation of Boston, et al. 3-24-87 | D.Wyo. Kerr | C-87-0056-K | 4-9-87 | 87-929 | 10/12/88D | |
| XYZ-32 | Louie Gene Stidham, et al. v. First Commodity Corp. of Boston | .D. Mass Wolf | 87-283-WF | | | closed | Trans. to Mass by Ala.N Judge |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p.~~p4~~

DOCKET NO. 713 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-33 | Joseph Jane v. First Commodity Corp. of Boston, et al. | D.Mass | 87-0721-WF | | | 11/1/88D | |
| XYZ-34 | Martin Chapman, etc. v. First Commodity Corp., of Boston | D.Mass | 87-0489-WF | | | 7/5/88D | |
| XYZ-35 | Rebecca M. Minassian, et al. v. First Commodity Corp. of Boston, et al. | D.Mass | 87-759-WF | — — | — — | 10/12/88D | |
| ~~B-36~~ | Eugene Holland v. First Commodity Corporation of Boston, et al. 4/20/81 | D. Md. Motz | 87-122-JFM | 5-18-87 | duplicate | | w/B27 telcon Mass. 5/22 will ignore |

*July 1987 — 21 TR/10 XYZ/31 Pending*

~~Note: Recheck status of Adams B-9?~~

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-36 | Bumshik Hong v. First Commodity Corporation of Boston, Inc., et al. 2-8-88 | D. Kan. Rogers | 87-4100-R | 2-24-88 | 88-550 | 10/12/88D | |
| B-37 | Kay Sase, et al. v. First Commodity Corporation of Boston, et al. 2-25-88 Opposed 3-11-88 | D.Utah Winder | 87C-0142W | 5/25/88 | 88-1483 | 10/12/88D | |

*July 1988 — 2 TR/33 Pending*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-38 | Robert Wilson v. First Commodity Corp. of Boston, et al. | D.Mass. | 87-1128-WF | — — | — — | 10/12/88D | |
| XYZ-39 | Danial Heck v. First Commodity Corp. of Boston | D.Mass. | 87-1378-WF | — — | — — | 10/12/88D | |
| XYZ-40 | Claude Frommelt v. First Commodity Corporation of Boston, et al. | D.Mass. | 87-2088-WF | — — | — — | 10/12/88D | |
| XYZ-41 | Philip Tsai, et al. v. First Commodity Corp. of Boston, et al. | D.Mass. | 87-2588-WF | — — | — — | 10/12/88D | |

DOCKET NO. 713 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-42 | Richard Akenberger v. First Commitity Corp. of Boston, et al. | D. Mass. | 87-2793-WF | — — | — — — | 10/12/88 D | |
| XYZ-43 | William O'Donnell v. First Commodity of Boston, et al. | D.Mass. | 87-2965-WF | — — — | — — — | 10/12/88 D | |
| XYZ-44 | Nicholas Della Pelle v. First Commodity Corp. of Boston | D.Mass. | 87-3013-WF | — — — | — — — | 10/12/88 D | |
| XYZ-45 | Johnson Vise v. First Commodity Corp. of Boston, et al. | D.Mass. | 88-0159-WF | — — — | — — — | 10/12/88 D | |
| XYZ-46 | Danny Johnson v. First Commodity Corp of Boston, et al. | D.Mass. | 88-1761-WF | — — | — — — | 10/12/88 D | |
| XYZ-47 | Heinze v. First Commodity Corp of Boston, et al. | D. Mass. | 87-1709-WF | — — — | — — — | 10/12/88 D | |
| XYZ-48 | Reever, et al. v. First Commodity Corp. of Boston, et al. | D.Mass. | 87-1729-WF | — — — | — — — | 10/12/88 D | |

July 1989 - 12 XYZ/28 Dis/17 Pending
July 1990 - 12 Dis/5 Pending

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>713</u> -- <u>In re First Commodity Corp. of Boston Customer Accounts</u>

<u>Litigation</u>

Liaison Counsel Appointed J. Wolf's order dated 3/31/87

<u>PLAINTIFFS LIAISON COUNSEL</u>
Elizabeth Joan Cabraser, Esq.
Lieff, Cabraser & Heimann
One Market Plaza
Steuart Street Tower - 12th Floor
San Francisco, CA  94]05

415-777-5800

<u>DEFENDANTS LIAISON COUNSEL</u>
Amos Hugh Scott, Esquire
Choat, Hall & Stewart
Exchange Place
53 State Street
Boston, Mass.  02109

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __713__ -- ___IN RE FIRST COMMODITY CORP. OF BOSTON CUSTOMER ACCOUNTS___
___LITIGATION___

(REVISED 2/19/87)

---

ALICE L. RILEY  (A-1)
Elizabeth Joan Cabraser, Esquire
Lieff & Cabraser
One Market Plaza
Steuart Street Tower 25th Floor
San Francisco, California 94105

STEPHEN HOOGHEEM (A-2)
Michael J. Freed, Esquire
Much Shelist Freed Deneberg
    Ament & Eiger, P.C.
200 N. LaSalle, 21st Floor
Chicago, Illinois 60601-1095

FIRST COMMODITY CORPORATION OF
    BOSTON
DONALD R. SCHLEICHER
RICHARD A. SCHLEICHER
DAVID C. CONNOLLY
DAVID J. AUCELLA
HENDRICK MAAS
STEPHEN E. MERESMAN
JAMES BRUCHS
A. Hugh Scott, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109

ELIZABETH KAY  (A-5)
Henry W. Hewitt, Esquire
Erickson, Beasley & Hewitt
12 Geary Street, 18th Floor
San Francisco, California  94108

ELIZABETH JULKOWSKI  (A-4)
Selwyn Zun, Esquire
D'Ancona & Pflaum
30 North LaSalle St., Ste. 3100
Chicago, Illinois  60602

CORNELIUS B. COLLINS, ETC.  (B-5)
ROBERT S. MACARTHUR, ETC.  B-6)
Michael A. Collora, Esquire
Michael L. Leshin, Esquire
Hemenway & Barnes
60 State Street
Boston, Massachusetts  02109

ROBERT L. CLEMENTS  (B-8)
Dan Siegel, Esquire
Siegel, Friedman & Yee
3270 East 14th Street
Oakland, California  94601

KARIN S. ADAMS, ET AL. (B-9)
J. Nicholas McKeever, Esquire          opposed
1410 Grant St., Suite C-308            3/11/87
Denver, Colorado  80203

MICHAEL WASSERMAN (Deft. B-9)
Timothy Flnagan, Esquire
Kelly, Stansfield & O'Donnell
550 15th Street, #900
Denver, Colorado  80202

Scott Pratt/Judith Rasmussen
Keesal, Young & Logan
Pier F Beth 203
POB 1730
Long Beach, California  90801

RICHARD GRADY, ET AL. (B-10)
David E. Kamins, Esquire
900 Asylum Ave., Ste., 490
Hartford, Connecticut  06105

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _2_____

DOCKET NO. __713__ __ IN RE FIRST COMMODITY CORP. OF BOSTON CUSTOMER ACCOUNTS
LITIGATION

LINDA F. ALTIERI (Deft. B-10)
John L. Calvocoressi, Esquire
Calvocoressi & Gale
410 Asylum St., Ste. 616
Hartford, Connecticut  06103

Jeffry V. Boxer, Esquire
129 South Street
Boston, Massachusetts  02111

JOSEPH C. NOLAN, ET AL. (B-11)
Curtis Farrar, Esq.
Farrar, Farrar & Hennesy
316 N. Madison Avenue
Post Office Box 1325
Douglas, GA  31533

*Vacated*
*opposed*
*3/10/87*

JOYCE V. HEATH  (Deft. B-11)
WAYNE L. GREENBAUM (Deft. B-11)
Arthur L. Smith, Esquire
Suite 400,
1730 Pennsylvania Ave., NW
Washington, D.C.  20006

*Vacated*

Mark S. Packer, Esquire
24th Floor, 720 Olive Street
St. Louis, Missouri  63101

Neil Conner, Esquire
Post Office Box 1278
Waycross, Georgia  31501

ADELAIDE L. KAPLITA, (B-12)
H. Rollin Allen, Esquire
Kiefer, Allen, Cavabagh & Toohey
4200 Penobscot Building
Detroit, Michigan 48226

*opposed*
*3/10/87*

THOMAS J. McCARTHY  (Deft. B-12)
JAMES P. GANNON, JR. (Deft. B-12)
STEPHEN L. BARNARD, (Deft. B-12)
Kenneth Flaska, Esquire
Van Til, Kasiborski & Ronayne
3066 Penobscot Building
Detroit, Michigan  48226

WAYNE BROWN, ET AL.  (B-13)
F. William McKee, Esq.
Warner, Norcross & Judd
900 Old Kent Building
Grand Rapids, Michigan  49503

*opposed*
*3/9/87*

GARY KOTSIRIS, (Deft. B-13)
RICHARD SHELHAMER (Deft. B-13)
WILLIAM BYKEMA (Deft. B-13)
Kenneth A. Flaska, Esquire
(same as B-12 Defts.)

PATRICIA L. KELETI, (B-14)
Theodore C. Beckett, Esquire
Beckett & Steinkamp
Post Office Box 13425
922 Walnut Street
Kansas City, Missouri  64199

EDWARD J. CONRAD, (Deft. B-14)
Floyd R. Finch, Jr., Esquire
Blackwell, Sanders, Matheny,
Weary & Lombardi
Five Crown Center, Suite 600
2480 Pershing Road
Kansas City, Missouri  64108

Mark S. Packer, Esquire
Peper, Martin, Jensen,
Maichel & Hetlage
24th Fl. 720 Olive  Street
St. Louis, Missouri  63101

*Same Attorney*

JPML FORM 2A -- Continuation  ⊛

Counsel of Record -- p. 1

DOCKET NO.  713  -- In re First Commodity Corp. of Boston Customer Accounts Litigation

---

COUNSEL LIST FOR NOTICE OF OPPOSITION
FILED

KARIN S. ADAMS, ET AL. (B-9)
J. Nicholas McKeever, Esq.
1410 Grant Street
Suite C-308
Denver, Colorado   80203

JOSEPH C. NOLAN, ET AL. (B-11)
Curtis Farrar, Esq.
Farrar, Farrar & Hennesy
316 N. Madison Avenue
Post Office Box 1325
Douglas, Georgia  31501

ADELAIDE L. KAPLITA (B-12)
H. Rollin Allen, Esq.
Kiefer, Allen, Cavabagh & Toohey
4200 Penobscot Building
Detroit, Michigan  48226

WAYNE BROWN, ET AL. (B-13)
F. William McKee, Esq.
Warner, Norcross & Judd
900 Old Kent Building
Grand Rapids, Michigan  49503

MARTIN ROSSI, JR. (B-15)
Joel S. Forman, Esq.
Fisherman & Forman
780 Third Avenue
New York, New York  10017

JANE STEWART (B-16)
William B. Singer, Esq.
105 E 4th Street
Cincinnati, Ohio   4502

*Vacated*

BILLY G. MONKS, (B-19)
William C. Anderson, Esq.
Doerner, Stuart, Saunders,
  Daniel & Anderson
1000 Atlas Life Building
Tulsa, Oklahoma  74103

*lifted*

BAUER INVESTMENTS (B-21)
Robert H. Storm, Esq.
Prieve, Meyer & Nestingen
1042 East Juneau Avenue
Milwaukee, Wisconsin  53202

BARBARA PARKER (B-23)
Kay L. Stanley, Esq.
Bryson R. Cloon, Esq.
Cloon & Bennett
7111 W. 98th Terrace
Overland Park, Kansas  66212

*lifted*

LYDA JENRINK (B-30)
William D. Harper, Esq.
Harper & Anderson
7501 80th Street South
Cottage Grove, Minnesota  55016

FRANK GALE (DEFT. in B-30)
Frank Gale, Esq.
222 East Carrillo Street
Suite #201
Santa Barbara, California  93101

THOMAS J. McCARTHY
JAMES P. GANNON, JR.
STEPHEN l. barnard (defts B-12)
GARY KOTSIRIS
RICHARD SHELHAMER
WILLIAM BYKEMA (dedts. B-13)
Kenneth Flaska, Esq.
Van Til, Kasiborski & Ronayne
3066 Penobscot Building
Detroit, MI  48226

MICHAEL WASSERMAN (deft. B-9)
Timothy Flanagan, Esq.
Kelly, Stansfield & O'Donnell
550 15th Street, #900
Denver, CO  80202

Scott Pratt, Esq.
Keesal, Young & Logan
Pier F. Beth 203
POB 1730
Long Beach, CA  90801

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO. 713 -- _____

| | |
|---|---|
| ERIC J. SHELTRA (DEFT. B-15)<br>unable to determine counsel<br><br>WILLIAM J. WHITE      ──(deft. B-16)<br>2801 Larkspur<br>Landing Circle, Suite A<br>Larkspur, CA  94939<br><br>RICHARD P. LYNCH (DEFT. B-19)<br>Mark S. Packer, Esq.<br>24th Floor, 720 Olive Street<br>St. Louis, MO  63101<br><br>Julian K. Fite, Esq.<br>530 Court Street<br>Post Office Box 87<br>Muskogee, OK  74402<br><br>MIKE PAPAGIORGIO<br>STEVE BARNARD<br>DAN MCKENNA      (Defts. B-21)<br>First Commodity Corp. of<br>  Boston<br>209 West Jackson Boulevard<br>Suite 1000<br>Chicago, IL  60606<br><br>PATRICK PARKER  (deft. B-23A)<br>Mark S. Packer, Esq.<br>(see deft. B-19 above)<br><br><br>EUGENE HOLLAND      B-36)<br>Stephen C. Glassman, Esquire<br>Bonner & O'Connell<br>900 17th Street, N.W. #600<br>Washington, D.C.  20006<br><br><br>RAYMUND K. LECLAIR  (Deft. B-36)<br>~~(also          ~~·~~ · ~~ B-27)<br><br>BUMSHIK HONG          (B-36)<br>Jeffrey Ray Elder, Esquire<br>Myers & Pottroff<br>320 Sunset Avenue<br>P.O. Box 489<br>Manhattan, Kansas  66502 | NOTICE OF OPPOSITION FILED 3/11/88<br>KAY SASE, ET AL. (B-37)<br>Michael Patrick O'Brien, Esq.<br>Evan A. Schmutz, Esq.<br>Jones, Waldo, Holbrook &<br>  McDonough<br>1500 First Interstates Plaza<br>170 South Main Street<br>Salt Lake City, Utah  84101       *lifted*<br><br>ROBERT E. WHITE (Deft. in B-37)<br>40 Greenpoint Lane<br>Novato, California  94947 |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. ___713___ -- IN RE FIRST COMMODITY CORP. OF BOSTON CUSTOMER ACCOUNTS
LITIGATION

---

MARTIN ROSSI, JR., (B-15)
Joel S. Forman, Esq.
Fisherman & Forman
780 Third Avenue
New York, NY  10017

*opposed 3/10/87*

ERIC J. SHELTRA, (Deft. B-15)
(UNABLE TO DETERMINE COUNSEL
 OR ADDRESS OF DEFT.)

JANE STEWART  (B-16)
William B. Singer, Esquire
105 E 4th Street
Cincinnati, Ohio  45202

*approved 3/11/87*

WILLIAM J. WHITE (Deft. B-16)
2801 Larkspur
Landing Circle, Suite A
Larkspur, California  94939

*vacated 4/15*

RICHARD DANIELS, (Deft. B-16)
140 Piedmont Court
Larkspur, California  94939

*correap. returned*

GENE C. HARRISON  (B-17)
Richard J. Marco, Esquire
Marco & Marco
52 Public Square
Medina, Ohio  44256

COLLIN SULLIVAN (Deft. B-17)
John C. Pfau, Esquire
Pfau, Pfau & Pfau
900 City Centre One
Post Office Box 1078
Youngstown, Ohio  44501

MARY J. DUDA  (B-18)
Kenneth D. Petrey
Weiss, Neiditz & Petrey
630 The Leader Building
Cleveland, Ohio  44114

NOREEN HUNTER, (Deft. B-18/B-29)
John C. Pfau, Esquire
(Same as B-17 deft.)

BILLY G. MONKS,  (B-19)

William C. Anderson, Esq.
Doerner, Stuart, Saunders,
 Daniel & Anderson
1000 Atlas Life Building
Tulsa, OK  74103

*opposed lift of stay lifted 4/15/87*

RICHARD P. LYNCH  (Deft. B-19)
Mark S. Packer, Esquire
(Same as B-11 Deft.)

Julian K. Fite, Esquire
530 Court Street
Post Office Box 87
Muskogee, Oklahoma  74402

JAMES R. DAVIDSON, ET AL.  (B-20)
Theodore C. Beckett, Esquire
(Same as B-14)

B.J. Cooper, Esquire
Cooper, Hiltgen & Healy
Post Office Box 1336
Oklahoma City, Oklahoma  74101

BRUCE A. PIAZZA  (Deft. B-20)
Arthur L. Smith, Esquire
Mark S. Packer, Esquire
(Same as B-11 Deft.)

WALTER S. DOMBROSKI (Deft. in B-28)
Unable to determine counsel

RAYMUND K. LECLAIR (Deft. in B-27)
c/o First Commodity Corporation
     of Boston
Fort Lee Executive Park
~~Two Executive Drive~~
Fort Lee, New Jersey 07204

JPML FORM 2A -- Continuation ⊛

Counsel of Record -- p. ~~7~~

DOCKET NO. ___713___ -- __IN RE FIRST COMMODITY CORP. OF BOSTON CUSTOMER ACCOUNTS__
__LITIGATION__

BAUER INVESTMENTS  (B-21)
Robert H. Storm, Esquire
Prieve, Meyer & Nestingen           *opposed 3/10/87*
1042 East Juneau Avenue
Milwaukee, Wisconsin  53202

MIKE PAPAGIORGIO, (Deft. B-21)
STEVE BARNARD     (Deft. B-21)
DAN McKENNA       (Deft. B-21)
First Commodity Corporation
   of Boston                        *Corres Ret'd*
209 West Jackson Boulevard
Suite 1000
Chicago, Illinois  60606

JOSEPH JANE  (B-22)
Fitzpatrick & Fitzpatrick, Esqs.
679 Broadway
Post Office Box 43
Bayonne, New Jersey  07002

DAVID C. CONNOLLY  (Deft. B-22)
PHILIP R. FITZSIMMONS (Deft. B-22)
RUDOLPH M. CIOLLO  (Deft. B-22)
Greenstone, Greenstone & Greifinger
744 Broad Street
Newark, New Jersey  07102

BARBARA PARKER (B-23)
Kay L. Stanley, Esquire
Bryson R. Cloon, Esquire
Cloon & Bennett
7111 W. 98th Terrace
Overland Park, Kansas 66212

EUGENE HOLLAND (B-27)
Stephen C. Glassman, Esq.
Bonner & O'Connell
900 17th Street, N.W.
Suite #600
Washington, D.C. 20006

PATRICK PARKER Deft. (B-23 A)
James D. Griffin/Alan P. Blinzler, Esq.
Blackwell, Sanders, Matheny,
   Weary & Lombardi

  (same as B-14)

Richard P. Sher, Esquire
Mark S. Packer, Esquire
Peper, Martin, Jensen, et al.
 (same as B-14)

JAMES M. VALENTI, ET AL. (B-28)
Howard A. Specter, Esquire
Specter & Buchwach
2230 Grant Bldg.
Pittsburgh, Pennsylvania 15219

ARTHUR H. PETERSON, JR., ET AL. (B-29)
Martin J. Cunningham, Jr. Esquire
Koch, Phelps & Cunningham
610 - One Montgomery Plaza
Norristown, Pennsylvania 19401

LYDA JEURINK (B-30)
William D. Harper, Esq.
Harper & Anderson
7501 80th Street South
Cottage Grove, Minnesota  55016

ALAN ANGRICK (Defts. in B-30)
Unable to determine counsel

FRANK GALE (Deft. B-30)
Frank Gale, Esq.
Options America, Inc.
222 East Carrillo Street
Suite 201
Santa Barbara, CA  93101

JPML FORM 2A -- Continuation

DOCKET NO.  713  -- In re First Commodity Corp. of Boston Customer Accounts
                      Litigation

---

DAVID C. SUNDBLAD, ET AL. (B-31)
Richard K. Rufner, Esq.
600 South Cherry Street
Suite 1000
Denver, Colorado  80222

George A. Zunker, Esq.
Whitehead, Zunker, Gage,
  Davidson & Shotwell
1920 Thomes Avenue
Suite 300
P.O. Box 247
Cheyenne, Wyoming  82003


OPTION AMERICA, INC.
JOSEPH BANCHERI
WILLIAM ULIVITCH (Defts. in B-31)
Unable to determine counsel


KAY SASE, ET AL. (B-37)
Evan A. Schmutz, Esq.
Michael Patrick O'Brien, Esq.
Jones, Waldo, Holbrook &
  McDonough
1500 First Interstate Plaza
170 South Main Street
Salt Lake City, Utah  84101

ROBERT E. WHITE  (Deft. in B-37)
40 Greenpoint Lane
Novato, California  94947

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **713** --   In re First Commodity Corp. of Boston Customer Accounts Lit.

| Name of Party | Named as Party in Following Actions |
|---|---|
| FIRST COMMODITY COPORATION OF BOSTON | A-1, A-2 A-3 (Dismissed in A-3) B-8; B-9; B-10; B-11; B-12, B-13; B-14; B-15; B-16; B-17; B-18; B-19; B-20; B-21; B-23 B-27; B-28; B-29; B-30; B-31; B-36; B-29 |
| HENDRIK MAAS | A-1; A-2; B-8; B-28 |
| STEPHEN MERESMAN | A-1 A-2; B-8 |
| JAMES M. BRUCHS | A-1 A-2; B-8 |
| DONALD R. SCHLEICHER | A-2; B-15; B-16; B-28; |
| RICHARD A. SCHLEICHER | A-2; B-15; B-16; B-28; |
| DAVID C. CONNOLLY | A-2; B-22; |
| DAVID J. AUCELLA | A-2 |
| EASTERN CAPITAL CORP. | A-3 |
| DAVID A WILLIAMS | |
| ERIC J. SHELTRA | B-15; |

p. 2

| | |
|---|---|
| MICHAEL WASSERMAN | B-9 |
| LINDA F. ALTIERI | B-10 |
| JOYCE V. HEATH | B-11 |
| WAYNE L. GREENBAUM | B-11, B-36, |
| THOMAS J. MCCARTHY | B-12 |
| JAMES P. GANNON, JR. | B-12 |
| STEPHEN L. BARNARD | B-12 |
| GARY KOTSIRIS | B-13 |
| RICHARD SHELHAMER | B-13 |
| WILLIAM BYKEMA | B-13 |
| EDWARD J. KONRAD | B-14 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  713  --  IN RE FIRST COMMODITY CORP. OF BOSTON CUSTOMER ACCOUNTS LIT.

| Name of Party | Named as Party in Following Actions |
|---|---|
| WILLIAM J. WHITE | B-16 |
| RICHARD DANIELS | B-16 |
| COLLIN SULLIVAN | B-17 |
| NOREEN HUNTER | B-18 , B-22 |
| RICHARD P. LYNCH | B-19 |
| BRUCE A. PIAZZA | B-20 |
| MIKE PAPAGIORGIO | B-21 |
| STEVE BARNARD | B-21 |
| DAN McKENNA | B-21 |
| RUDOLPH M. CIOLLO | B-22 |
| PHILIP R. FITZSIMMONS | B-22; |

p. 4

| | |
|---|---|
| PATRICK PARKER | B-23A, |
| Raymond K. Leclair | B-27, B-36 |
| Walter S. Dombroski | B-28, |
| Frank Gale | B-30 |
| Alan Angrick | B-30 |
| Option America, Inc. | B-31 |
| Joseph Bancheri | B-31 |
| William Ulivitch | B-31 |
| JOELLEN ROOKS | B-36, |
| Robert E. White | B-37 |
| | |